## 65 A.3d 259

STATE OF NEW JERSEY, PLAINTIFF–DEFENDANT,
v. MICHAEL LAMB, DEFENDANT–PETITIONER.

January 16, 2013.

ORDERED that the petition for certification is granted limited to the issue of whether consent by an occupant to search premises is constitutionally effective against a third party when an absent co-tenant has objected to the search.

## 65 A.3d 259

AVIS BUDGET GROUP, INC., AND THE HERTZ CORPORATION, PLAINTIFFS—PETITIONERS, v. CITY OF NEWARK, CITY COUNCIL OF THE CITY OF NEWARK, MAYOR OF THE CITY OF NEWARK, AND DIRECTOR OF FINANCE OF THE CITY OF NEWARK, DEFENDANTS–RESPONDENTS.

January 16, 2013.

Denied.